**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CYNTHIA JO JACOBS,

Plaintiff,

Case No.: 1:26-cv-01145

v.

Judge Jeffrey I Cummings

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Court's Minute Entry Order [36] was sent to Defendant(s) on October 22, 2026 by sending an email to Defendant(s) email addresses, which were provided to Plaintiff by third parties. The website, through which it has been publishing information about the case, was also updated, respectively, as well as the deadline to object set forth in the Order [36].

Executed on October 22, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.
***ATTORNEY FOR PLAINTIFF***

DATED: October 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***